Stephanie Stubbe (SBN 243251)
SPIEGEL & UTRERA, P.A.
1840 Coral Way, 4th Floor
Miami, FL 33145
Phone: (305) 854-6000
Fax:     (305) 857-3700
E-Mail: attorneystubbe@amerilawyer.com

*Attorneys for Defendant,*
REALWORKS GROUP, LLC

**GRANTED**
*Judge James Ware*
12/29/2008

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REALWORKS GROUP, LLC, a Florida Limited Liability Company, and Does 1 through 25, inclusive,<br><br>Defendants. | Case No.: 08-CV-05072-JW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Civil L.R. 6-1 (a)] |

Plaintiff, craigslist, Inc. and defendant Realworks Group, LLC, by and through their respective counsel, stipulate and agree to extend Realworks Group, LLC's deadline to answer or otherwise respond to the Complaint to on or before January 9, 2009. Entry into this Stipulation does not alter any hearing date or other deadline fixed by Court order.

**IT IS SO AGREED AND STIPULATED.**

Dated: December 24, 2008

By: **/s/ Stephanie Stubbe**
Stephanie Stubbe, Esq. (SBN 243251)
SPIEGEL & UTRERA, P.A.
1840 Coral Way, 4th Floor
Miami, FL 33145

Attorneys for the Defendant

Dated: December 24, 2008


By: **/s/ Brian Hennessy**
Brian Hennessy, Esq. (SBN 226721)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

Attorneys for the Plaintiff


  I, Stephanie Stubbe, as the electronic filer, hereby attest that concurrence in the filing of the document has been obtained form each of the signatories.

Dated: December 24, 2008       SPIEGEL & UTRERA, P.A.

               By: **/s/ Stephanie Stubbe**
               Stephanie Stubbe