IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| craigslist, Inc., et al, | NO. C 08-05072 JW |
|       Plaintiff,<br>v.<br>Realworks Group LLC, et al.,<br>      Defendant. | **ORDER TO SHOW CAUSE WHY DEFENDANT'S ANSWER SHOULD NOT BE STRICKEN** |

On June 6, 2009, the Court granted Defendant's counsel's motion to withdraw as counsel of record. (hereafter, "Order," Docket Item No. 27.) Defendant's counsel have filed the appropriate proof of service showing that Defendant was served with the Court's Order on June 9, 2009. (See Docket Item No. 28.)

In its Order, the Court ordered that on or before July 6, 2009, Defendant shall file a Notice of Identification of Substitute Counsel. (Order at 2.) Under Civ. L.R. 3-9(b), "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Defendant is a corporation within the meaning of Civ. L.R. 3-9(b). To date, Defendant has failed to file the required Notice of Identification of Substitute Counsel.

Accordingly, the Court ORDERS Defendant to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, CA on **August 31, 2009 at 9:00 a.m.** and to show cause, if any, why Defendant's Answer should not be stricken and default be entered. On or before **August 10, 2009**, Defendant shall file a response to this Order setting forth the reason Defendant has failed to comply with the Court's Order.

1   Failure to comply with any part of this Order will be deemed sufficient grounds for
2   appropriate sanctions pursuant to Rule 41(b) of the Federal Rule of Civil Procedure.

4   Dated:  July 10, 2009

    JAMES WARE
    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Patrick Hennessy bhennessy@perkinscoie.com
Elizabeth L. McDougall EmcDougall@perkinscoie.com
Stephanie Sakura Stubbe attorneystubbe@amerilawyer.com

David Oak
Operating Manager
2301 Hannah Way South
Dunedin, Florida 34698

**Dated: July 10, 2009**               **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
          **Elizabeth Garcia**
          **Courtroom Deputy**

United States District Court
For the Northern District of California