IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Craigslist, Inc., | NO. C 08-05072 JW |
|         Plaintiff,<br>v. | **ORDER STRIKING DEFENDANT'S ANSWER** |
| Realworks Group, LLC, | |
|         Defendant. | |

On June 6, 2009, the Court granted Defendant's counsel's motion to withdraw as counsel of record, and ordered Defendant to file a Notice of Identification of Substitute Counsel on or before July 6, 2009. (See Docket Item No. 27.) Defendant's counsel filed the appropriate proof of service showing that Defendant was served with the Court's Order on June 9, 2009. (See Docket Item No. 28.) To date, Defendant has failed to file the required Notice of Identification of Substitute Counsel.

On July 10, 2009, the Court issued an Order to Show Cause Why Defendant's Answer Should Not Be Stricken.[1] (hereafter, "Order," Docket Item No. 29.) In its Order, the Court ordered Defendant to appear on August 31, 2009 at 9 a.m. and to show cause, if any, why Defendant's Answer should not be stricken and default be entered. (Order at 1.) The Court further ordered Defendant to file a response to its Order on or before August 10, 2009 setting forth the reason Defendant has failed to file the required Notice of Identification of Substitute Counsel. The Order

---

[1] The Court notes that on July 24, 2009, the Order that was sent to Defendant's agent, David Oak, was returned as undeliverable because the intended recipient had moved without leaving a forwarding address. (See Docket Item No. 30.)

warned Defendant that failure to comply with the Court's Order will be deemed sufficient grounds for appropriate sanctions pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. To date, Defendant has failed to file a response.

The Court conducted a hearing on August 31, 2009. Counsel for Plaintiff was present. There was no appearance from Defendant. As the Court has previously noted, Defendant is a corporation and as such, may only appear before the Court through counsel. Civ. L.R. 3-9(b) (A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court). The Court has granted Defendant ample time to retain substitute counsel. Despite several Orders from the Court, Defendant has failed to provide the Court with any explanation as to why it has not been able to retain counsel. Defendant has not communicated with the Court in any manner, and mail sent to Defendant's last known address is returned with no forwarding address. (See Docket Item No. 30.) In addition, Defendant has failed to appear as ordered. It appears that Defendant has abandoned this litigation.

Accordingly, the Court strikes the Answer filed on January 9, 2009. (See Docket Item No. 15.) On or before **September 4, 2009**, Plaintiff shall file a Request for Entry of Default with the Clerk of Court. On or before **September 14, 2009**, Plaintiff shall file and serve its anticipated Motion for Default Judgment. The Court sets **October 19, 2009 at 9 a.m.** as a hearing date for Plaintiff's Motion for Default Judgment.

In light of this Order, the Court VACATES the previously set November 30, 2009 Preliminary Pretrial Conference.

Dated: August 31, 2009

JAMES WARE
United States District Judge

2

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Brian Patrick Hennessy bhennessy@perkinscoie.com
Elizabeth L. McDougall EmcDougall@perkinscoie.com
3 Stephanie Sakura Stubbe attorneystubbe@amerilawyer.com

4
David Oak
5 Operating Manager
2301 Hannah Way South
6 Dunedin, Florida 34698

7

8 **Dated:  August 31, 2009**                    **Richard W. Wieking, Clerk**

9
                                                **By:       /s/ JW Chambers**
10                                                    **Elizabeth Garcia**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California